705 A.2d 1302

**Judith A. KNARR, Petitioner,**

**v.**

**ERIE INSURANCE EXCHANGE, Respondent.**

Supreme Court of Pennsylvania.

March 11, 1998.

## ORDER OF COURT

PER CURIAM.

AND NOW, this 11th day of March, 1998, the Petition for Allowance of Appeal is granted and limited to the following issue:

Whether the Superior Court exceeded its scope of review by *sua sponte* applying the Arbitration Act of 1980, when the respondent insurance carrier specifically argued that the Arbitration Act of 1927 applied, and the issue of the applicability of the Arbitration Act of 1980 was never raised on appeal?